Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Third-Party Defendant, Enviro-Sciences (of Delaware), Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SB BUILDING ASSOCIATES, LIMITED PARTNERSHIP, SB BUILDING GP, L.L.C., UNITED STATES LAND RESOURCES, L.P., UNITED STATES REALTY RESOURCES, INC.<br><br>    and<br><br>7.04 ACRES OF LAND, More or Less, located within Block 58, Lot 1.03 of 2 to 130 Ford Avenue, Milltown, Middlesex County, New Jersey,<br><br>    Defendants.<br>--------------------------------------------------<br>SB BUILDING ASSOCIATES, LIMITED PARTNERSHIP, SB BUILDING GP, L.L.C., UNITED STATES LAND RESOURCES, L.P., UNITED STATES REALTY RESOURCES, INC.,<br><br>    Defendant/Third-Party Plaintiffs,<br><br>v.<br><br>ENVIRO-SCIENCES (OF DELAWARE), INC. and VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.<br><br>    Third-Party Defendants. | Civil Action Number 08-CV-5298<br><br>**STIPULATION OF DISMISSAL AS TO: DEFENDANTS/THIRD PARTY PLAINTIFFS SB BUILDING ASSOCIATES, LIMITED PARTNERSHIP; SB BUILDING GP, L.L.C.; UNITED STATES LAND RESOURCES, L.P.; AND UNITED STATES REALTY RESOURCES, INC.; AND THIRD PARTY DEFENDANT, ENVIRO-SCIENCES (OF DELAWARE), INC.; AND THIRD PARTY DEFENDANT, VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.** |

2548912-01

2761810.1

The matter in difference in the above-entitled action having been amicably adjusted by and between attorneys for Defendants/Third Party Plaintiffs SB Building Associates, Limited Partnership, SB Building GP, L.L.C, United States Land Resources, L.P. and United States Realty Resources, Inc. and Third Party Defendants, Enviro-Sciences (of Delaware), Inc. and Veolia ES Technical Solutions, L.L.C., it is hereby stipulated and agreed that all claims and third party claims among these parties are hereby dismissed with prejudice and without costs against any party, and subject to the provisions of the Settlement Agreement dated June 23, 2011.

WOLFF & SAMSON PC
Attorneys for Defendants/Third Party Plaintiffs,
SB Building Associates, Limited Partnership,
SB Building GP, L.L.C, United States
Land Resources, L.P., and United States
Realty Resources, Inc.

By: _____
   John A. McKinney, Jr., Esq.

Dated: 8/1/11

CONNELL FOLEY LLP
Attorneys for Third Party Defendant,
Enviro-Sciences (of Delaware), Inc.

By: _____
   Timothy E. Corriston, Esq.

Dated: 7/8/11

SAIBER, LLC
Attorneys for Third Party Defendant,
Veolia ES Technical Solutions, L.L.C.

By: _____
   Mark A. Roney, Esq.

Dated: 6/30/11